IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE COUNTY, FLORIDA

**VALERIE ADELE SCHNEIDER,**

    Plaintiff,

v.

**WAL-MART STORES EAST, LP,**                              CIVIL DIVISION

    Defendant.                                                    CASE NO.:

_____/

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

    The Plaintiff, **VALERIE ADELE SCHNEIDER**, by and through the undersigned counsel, hereby sues the Defendant, **WAL-MART STORES EAST, LP** and alleges:

    1.     This is an action for damages which exceeds Thirty Thousand Dollars ($75,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

    2.     At all times material hereto, the Plaintiff, **VALERIE ADELE SCHNEIDER**, was and is a resident of Broward County, Florida, and is otherwise *sui juris*.

    3.     At all times material hereto, the Defendant, **WAL-MART STORES EAST, LP,** was and is a foreign corporation doing business in Miami-Dade County, Florida.

    4.     Venue is proper in this County in that the Defendant does business in Miami-Dade County, Florida, and/or all of the acts complained of herein occurred in Miami-Dade County, Florida.

    5.     That on or about January 24, 2020, the Plaintiff, **VALERIE ADELE SCHNEIDER**, was a business invitee of the Defendant, **WAL-MART STORES EAST, LP,** at its premises located at 5851 NW 177th Street in Hialeah, Florida.

Exhibit A

6.      That at all times material hereto, and specifically on January 24, 2020, Defendant owned, managed, controlled, operated, and/or maintained the premises located at 5851 NW 177th Street, Hialeah, Florida.

7.      That on or about January 24, 2020, the Plaintiff was lawfully present at the said premises when she slipped and fell in blood.

8.      That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

9.      That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

a.      By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as **blood** and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

b.      By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

c.      Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

d.      By failing to remove said **blood** or other similar substance from the floor of the premises; and/or

e.      By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing a **blood** and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

10. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

11. That the dangerous condition which constituted a hazard to the Plaintiff occurred with such frequency that Defendant should have known of its existence.

12. As a direct and proximate result of the aforementioned negligence of the Defendant, **WAL-MART STORES EAST, LP,** the Plaintiff, **VALERIE ADELE SCHNEIDER** sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff will suffer the losses into the future.

WHEREFORE, Plaintiff, **VALERIE ADELE SCHNEIDER**, hereby demands judgment for damages, costs and interest from the Defendant, WAL-MART STORES EAST, LP, together with any additional relief the Court deems just and appropriate.

- 4 -

**DEMAND FOR JURY TRIAL**

The Plaintiff, **VALERIE ADELE SCHNEIDER,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated:  May 21, 2021.

        **RUBENSTEIN LAW, P.A.**
        Attorneys for Plaintiff
        9130 S. Dadeland Blvd.
        Penthouse Suite
        Miami, FL 33156
        Phone: (305) 661-6000
        Fax: (305) 670-7555
        Email: meranda@rubensteinlaw.com
              icollado@rubensteinlaw.com
              eservice@rubensteinlaw.com

By:     */s/ Meranda Reifschneider*
        **MERANDA REIFSCHNEIDER**
        Florida Bar No.: 091970